| | |
|---|---|
| HEATHER E. WILLIAMS, #122664<br>Federal Defender<br>RACHELLE BARBOUR, #185395<br>Assistant Federal Defender<br>801 I Street, 3rd Floor<br>Sacramento, CA 95814<br>Tel: 916-498-5700/Fax: 916-498-5710<br>rachelle.barbour@fd.org<br>Attorney for Defendant<br>TRAVARES L. VAUGHN | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>TRAVARES L. VAUGHN,<br><br>  Defendant. | Case No. 2:18-PO-00164-DB<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: July 17, 2018<br>TIME: 10:00am<br>JUDGE: Hon. Deborah Barnes |

The Federal Public Defender's Office through Rachelle Barbour, counsel for defendant Travares L. Vaughn, and the United States Attorney through its respective counsel John Mulroy hereby stipulate to continue the status conferences scheduled for July 17, 2018 at 10:00am until July 31, 2018 at 10:00am.

Mr. Vaughn requires further time to review discovery, conduct investigation on the facts of the case, and consult with counsel. The parties agree that July 31, 2018 represents the best date for a status conference.

//
//
//
//

Stipulation and Order to Continue Status Conference

Respectfully submitted,

DATE: July 12, 2018  HEATHER E. WILLIAMS
Federal Defender

*/s/ Rachelle Barbour*
RACHELLE BARBOUR
Assistant Federal Defender
Attorney for Travares L. Vaughn


DATED: July 12, 2018  McGREGOR W. SCOTT
United States Attorney

*/s/ John Mulroy*
JOHN MULROY
Special Assistant United States Attorney
Attorney for Plaintiff

Stipulation and Order to Continue Status Conference

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance.

It is ordered the July 17, 2018 status conference shall be continued until July 31, 2018 at 10:00am before Judge Barnes.

Dated: July 13, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE