HEATHER E. WILLIAMS, SBN #122664
Federal Defender
LINDA C. ALLISON, State Bar #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700/ Fax: (916) 498-5710
linda.allison@fd.org

Attorney for Defendant
TRAVARES L. VAUGHN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:18-PO-00164-DB |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED ORDER] VACATING STATUS CONFERENCE** |
| vs. | ) |
| TRAVARES L. VAUGHN, | ) Date: April 2, 2019 |
| | ) Time: 10:00 a.m. |
| Defendant. | ) Judge: Hon. Deborah Barnes |

It is hereby stipulated between Assistant United States Attorney Justin Lee attorney for the United States of America and Assistant Federal Defender Linda C. Allison, attorney for the defendant Travares L. Vaughn. that the defendant has satisfied his probation conditions and the status conference set for April 2, 2019 at 10:00 a.m., should be vacated.

          Respectfully submitted,

          HEATHER E. WILLIAMS
          Federal Defender

Date: February 28, 2019          */s/Linda Allison*
          LINDA ALLISON
          Assistant Federal Defender
          Attorney for Defendant
          TRAVARES L. VAUGHN


Date: February 28, 2019          /s/ *Justin Lee*
          JUSTIN LEEE
          Assistant United States Attorney

O R D E R

      IT IS HEREBY ORDERED that the status conference set for April 2, 2019 is hereby vacated.

Dated: February 28, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE